

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00013-CV

_____

IN THE INTEREST OF J.D.H., A CHILD

On Appeal from the County Court at Law No. 3
Williamson County, Texas
Trial Court No. 18-3345-FC3

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Marcus Alan Hodges filed a timely notice of appeal on December 19, 2018.[1]  The clerk's record was filed on February 14, 2019.  The reporter's record was filed on March 4, 2019.  The original deadline for Hodge's appellate brief was April 3, 2019.  When neither a brief nor a motion to extend time for filing same was received by April 3, 2019, this Court advised Hodges by letter dated April 18, 2019, that the brief was late.  We further extended the deadline for filing the brief to May 3, 2019.  We warned Hodges that failure to file the brief by May 3, 2019, would subject this appeal to dismissal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We have received no responsive communication from Hodges and have not received his appellate brief.  Having received no response to this Court's letter of April 18, 2019, Hodges' appeal is ripe for dismissal for want of prosecution.  Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Ralph K. Burgess
Justice

Date Submitted:     May 21, 2019
Date Decided:       May 22, 2019

---

[1]Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We are unaware of any conflict between precedent of the Third Court of Appeals and that of this Court on any relevant issue.  *See* TEX. R. APP. P. 41.3.